# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0002.  MARTEZ  BELLOMY  v.  SHERIFF  THEODORE  "TED" JACKSON et al.**

Martez Bellomy, a former deputy with the Fulton County Sheriff's Office, appealed his termination and a hearing was set before an Administrative Hearing Officer ("AHO"). Bellomy objected to the matter being heard by an AHO, contending that the former Fulton County Personnel Board was the legitimate body to conduct the appeal hearing, but that the Board had been unconstitutionally abolished by the Fulton County Board of Commissioners. Over Bellomy's objection, the AHO heard the matter and issued an order upholding the termination. Thereafter, Bellomy filed a petition for writ of certiorari in the Fulton County Superior Court. In his petition, Bellomy asserted, among other things, that Fulton County violated the Home Rule Provision of the Georgia Constitution, Ga. Const. art. IX, § II, para. I (a)-(c), by enacting the 2019 Resolution to the Fulton County Civil Service Act that abolished the Personnel Board and replaced it with an AHO system. The superior court denied Bellomy's constitutional claims and affirmed the AHO's decision. Bellomy then filed this application for discretionary appeal.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II). Because this application calls into question the constitutionality of the 2019 Resolution to the Fulton County Civil Service Act,

jurisdiction appears to lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/12/2020__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*